UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LAWRENCE MICHAEL HARRISON | CIVIL ACTION NO. 04-1952-A |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| ROBERT TAPIA | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the plaintiff, and limited to the particular facts of this case, in concurring with the reasoning of the magistrate judge in the report and recommendation filed previously herein,

IT IS ORDERED that this action is DENIED AND DISMISSED WITH PREJUDICE as frivolous.

IT IS FURTHER ORDERED, in light of the report and recommendation, that all outstanding motions are DENIED.

SIGNED on this 24th day of August, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge